| | |
|---|---|
| 1 | STAN S. MALLISON (Bar No. 184191) |
| | StanM@TheMMLawFirm.com |
| 2 | HECTOR R. MARTINEZ (Bar No. 206336) |
| | HectorM@TheMMLawFirm.com |
| 3 | MATTHEW TURNBULL (Bar No. 307271) |
| | Matt@TheMMLawFirm.com |
| 4 | MALLISON & MARTINEZ |
| | 1939 Harrison Street, Suite 730 |
| 5 | Oakland, California 94612-3547 |
| | Telephone: (510) 832-9999 |
| 6 | Facsimile: (510) 832-1101 |
| 7 | Attorneys for Plaintiff |
| 8 | ROGERS JOSEPH O'DONNELL |
| | Dennis C. Huie (State Bar No. 184377) |
| 9 | dhuie@rjo.com |
| | Katherine M. Svinarich (State Bar No. 287976) |
| 10 | ksvinarich@rjo.com |
| | 311 California Street, 10th Floor |
| 11 | San Francisco, California 94104 |
| | Telephone: 415.956.2828 |
| 12 | Facsimile: 415.956.6457 |
| 13 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GARCIA, individually and acting on behalf of a class of similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRAL COAST RESTAURANTS, INC., YADAV ENTERPRISES, INC.; and DOES 1-20;<br><br>Defendants. | Case No. 18-cv-02370-RS<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION OF THE CLASS CERTIFICATION MOTION SCHEDULE**<br><br>Dept.: Courtroom 3<br>Judge: Hon. Richard Seeborg |

Joint Stip. and [Proposed] Order Re: Modification of the Class Cert. Motion Schedule     Case No. 18-cv-02370-RS

504824.1

The parties jointly present this stipulation to apprise the Court of recent events in this case and a related case and to request that the Court continue the class certification motion briefing schedule and hearing date.

1. The parties in this case last came before the Court when Defendants moved for summary judgment on arbitration and res judicata grounds. Defendants argued that the judgment in *Contreras, et al. v. Central Coast Restaurants, et al.*, Monterey Superior Court Case Number 15-CV-000143 (hereafter "Monterey case"), resolved the claims at issue in this case. This Court denied Defendants' motion on September 23, 2019.

2. The defendants in the Monterey case, represented by counsel for Defendants here, then filed a Motion to Set Aside Judgment Entered, or in the Alternative, to Vacate the Judgment.

3. The plaintiffs in the Monterey case, represented by counsel for Plaintiff here, then filed a Motion to Enforce Judgment Entered and for Attorneys' Fees.

4. The court in the Monterey case heard initial arguments on the set aside on October 29, 2019, and continued the motion to November 12, 2019, so that it would be fully argued concurrent to the motion to enforce. The court in the Monterey case ordered the parties to explore mediation and contemplate a global mediation of both the case in superior court and this federal class action.

5. Since then, the parties have agreed to participate in a global mediation of the two cases and have discussed its parameters. Mediation is tentatively scheduled for mid-January 2020, to allow the parties sufficient time to exchange information necessary for a productive mediation. Because of the forthcoming global mediation, the parties have taken the pending motions in the Monterey case off calendar; they can and would be put back on calendar if necessary.

6. Although mediation of the Monterey case and this case will occur in January 2020, this Court, in its order on December 14, 2018, set hearing for Plaintiff's Motion for Class Certification on March 26, 2020. At present, Plaintiff's opening papers are due December 23, 2019. Defendants' opposition is due February 6, 2020, and Plaintiff's reply is due March 6, 2020. Because of the substantial proceedings in the Monterey case and the forthcoming mediation in

2

Joint Stip. and [Proposed] Order Re: Modification of the Class Cert. Motion Schedule    Case No. 18-cv-02370-RS

504824.1

both the Monterey case and this case, the parties will not be able to meet the current class certification motion briefing schedule.

7.   In light of the above and in order to preserve resources for mediation, the parties stipulate to continue the briefing scheduling and hearing date on the motion addressing class certification for three months. The parties propose the following briefing schedule:

- Initial papers for addressing class certification must be filed and served on or before March 16, 2020;
- Opposition to the motion must be filed on or before April 30, 2020;
- Reply brief to the motion must be filed on or before May 29, 2020;
- The hearing date of the motion addressing class certification shall be set for July 2, 2020, at 10 a.m. or to a date thereafter as set by the Court.

IT IS SO STIPULATED.

Dated: December 13, 2019                    **MALLISON & MARTINEZ**

_____
Stan S. Mallison
Attorney for Plaintiffs


**ROGERS JOSEPH O'DONNELL**

 _/s/ Dennis C. Huie_
Dennis C. Huie
Attorney for Defendants

3
Joint Stip. and [Proposed] Order Re: Modification of the Class Cert. Motion Schedule   Case No. 18-cv-02370-RS

504824.1

**[~~PROPOSED~~] ORDER**

PER THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Class Certification will be heard by this Court on July 2, 2020, at ~~10:00 a.m.~~ 1:30 p.m.

2. Moving papers addressing Class Certification will be filed on or before March 16, 2020.

3. Opposition to motion addressing class certification will be filed on or before April 30, 2020.

4. Reply papers will be filed on or before May 29, 2020.

IT IS SO ORDERED.

Dated: 12/13/19

Hon. Richard Seeborg
United States District Judge

4
Joint Stip. and [Proposed] Order Re: Modification of the Class Cert. Motion Schedule   Case No. 18-cv-02370-RS

504824.1