1

2

3

4               UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6                    EUREKA DIVISION

7

8   JENNIFER GARCIA,                     Case No.  18-cv-02370-RS  (RMI)

9             Plaintiff,
                                         **ORDER ON MOTION TO COMPEL**
10        v.
                                         Re: Dkt. No. 158
11  CENTRAL COAST RESTAURANTS,
    INC., et al.,
12
              Defendants.
13

14        On May 27, 2025, the undersigned held a hearing on Plaintiff's motion (dkt. 158) to

15  compel further discovery responses from Defendant Central Coast Restaurants, Inc. ("Central

16  Coast").  As stated on the record, the motion is GRANTED IN PART AND DENIED IN PART as

17  follows:

18    • Central Coast is to respond to Plaintiff's Requests for Production 5 and 6 in full on or

19      before June 27, 2025.

20    • If Central Coast fails to provide full responses on or before June 27, 2025, Central Coast

21      will be sanctioned in the amount of $5,000.  An additional sanction of $1,000 per week

22      will apply for every week after June 27, 2025, that Central Coast's responses to the above

23      discovery remain outstanding.

24    • Plaintiff has requested an award of costs associated with this motion under Federal Rule of

25      Civil Procedure 37(a)(5)(A).  This request is denied for failure to comply with Civil Local

26      Rule 7-8(a) ("Any motion for sanctions . . . must be separately filed[.]").  However, if

27      Central Coast fails to meet the production deadline, the court will grant leave for Plaintiff

28      to refile her fee request as a separate motion in compliance with the Civil Local Rules.

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS SO ORDERED.**

Dated: May 28, 2025

_____
ROBERT M. ILLMAN
United States Magistrate Judge